HARRY R. ROTH v. AUGUSTA H. LUCK.

(Filed 23 November, 1955.)

APPEAL by defendant from *Crissman, J.,* July Term, 1955, of RANDOLPH.

This is a civil action instituted by the plaintiff to recover the sum of $347.63 in commissions alleged to be due from the defendant. It is alleged that the defendant agreed to pay to plaintiff four per cent commission on all merchandise sold for and on her behalf, and that pursuant to the agreement the plaintiff sold $8,690.86 worth of merchandise on which the commission has not been paid.

The jury returned a verdict for the amount claimed. From the judgment entered on the verdict, the defendant appeals, assigning error.

*Ottway Burton for appellee.*
*H. Wade Yates for appellant.*

PER CURIAM. We think the plaintiff's evidence was sufficient to carry the case to the jury. Consequently, the defendant's exceptions to the ruling of the court below on the defendant's motion for judgment as of nonsuit, are overruled. The additional exceptions present no error sufficiently prejudicial to justify a disturbance of the verdict below.

No error.

HIGGINS, J., took no part in the consideration or decision of this case.